**Xavier LIGHTFOOT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48276.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

■

**David J. LOETHEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48405.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).